AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conti, Joy Flowers | U.S. District Court WDPA | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

5250 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | W. Edward Sell American Inns of Court |
| 2. | Ex-Officio Member | Allegheny County Bar Association Board of Governors |
| 3. | Catholic Charities | Honorary Board Director |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Ross, Sinclaire & Associates, LLC - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pennsylvania Bar Association | January 26- 31, 2015 | Montego Bay, Jamaica | Mid-year Meeting | Lodging, Transportation, Meals |
| 2. | American Bankruptcy Institute | March 8-10, 2015 | New York, NY | Duberstein Bankruptcy Moot Court Competition | Lodging, Transportation, Meals |
| 3. | USC Gould School of Law | March 23-25, 2015 | Los Angeles, CA | USC Gould School of Law 2015 Intellectual Property Institute | Lodging, Transportation, Meals |
| 4. | New York Intellectual Property Law Association | March 27-28, 2015 | New York, NY | NYIPLA Annual Federal Judges' Dinner | Lodging, Transportation, Meals |
| 5. | Federal Bar Association | May 6-8, 2015 | Wilmington, DE | Federal Bench & Bar Conference | Lodging, Transportation, Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Conti, Joy Flowers** | 05/11/2016 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | American Bar Association | May 14-15, 2015 | New York, NY | 9th Annual National Institute on E-Discovery | Lodging, Transportation, Meals |
| 7. | Sedona Conference | May 17-19, 2015 | Miami, FL | Mid-year Meeting | Lodging, Transportation, Meals |
| 8. | American Conference Institute | July 22-23, 2015 | Boston, MA | Women Leaders in Life Sciences Law Conference | Lodging, Transportation, Meals |
| 9. | National Conference of Bankruptcy Judges | September 27-28, 2015 | Miami, Fl | Annual Conference | Lodging, Transportation, Meals |
| 10. | University of Missouri-Kansas City, School of Law | September 28-29, 2015 | Kansas City, MO | National eDiscovery Leadership Institute | Lodging, Transportation, Meals |
| 11. | Academy of Trial Lawyers of Allegheny County | October 1-2, 2015 | Farmington, PA | Annual Masters of Trial Advocacy Retreat | Lodging, Meals |
| 12. | Sedona Conference | October 18-19, 2015 | Washington, DC | Patent Litigation Conference | Lodging, Transportation, Meals |
| 13. | American Intellectual Property Law Association | October 22-23, 2015 | Washington, DC | Annual Meeting | Lodging, Transportation, Meals |
| 14. | American Conference Institute | December 3-4, 2015 | New York, NY | 20th Anniversary Drug and Medical Device Litigation Conference | Lodging, Transportation, Meals |
| 15. | Sandpiper Partners, LLC | December 8-9, 2015 | New York, NY | Innovation E-Discovery Conference | Lodging, Transportation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. -Federated PA Muni Service (Money Market) | A | Dividend | J | T | | | | | |
| 3. -Red Mountain Resource Inc Stock | | None | J | T | | | | | |
| 4. ROTH IRA ROLLOVER ACCOUNT #1 ACCOUNT #1 | | | | | | | | | |
| 5. -Pershing Government Money Market Fund | A | Dividend | J | T | | | | | |
| 6. -Deere & Co Stock | A | Dividend | | | Sold | 05/18/15 | K | C | |
| 7. -Lee Street Investors LLC Class B Units | | None | J | T | | | | | |
| 8. -Sanchez Energy Corp Stock | | None | | | Sold (part) | 05/04/15 | K | | |
| 9. | | | | | Sold (part) | 05/11/15 | J | | |
| 10. | | | | | Sold | 06/10/15 | J | | |
| 11. -Prospect Cap Corp Stock | B | Dividend | J | T | | | | | |
| 12. -Newcastle Invt Corp (REIT) | A | Dividend | | | Sold | 06/10/15 | J | | |
| 13. -New Residential Invt Corp Stock (REIT) - Part VIII | C | Dividend | K | T | Buy (add'l) | 05/19/15 | J | | |
| 14. -TRC Companies Stock - Sold 2014 - Part VIII | | | | | | | | | |
| 15. -New Media Inv Group Stock | A | Dividend | | | Sold | 06/10/15 | J | B | |
| 16. -New SR Invt Group Inc (REIT) | A | Dividend | | | Sold | 06/10/15 | J | | |
| 17. -American Intl Group Inc Stock | A | Dividend | J | T | Buy | 06/10/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bank of New York Mellon Corp Stock | A | Dividend | K | T | Buy | 03/13/15 | K | | |
| 19. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 20. -SPDR SER TR S&p BK ETF | A | Dividend | J | T | Buy | 06/10/15 | J | | |
| 21. -Vanguard Intl Equity Index Fund FTSE Europe ETF | B | Dividend | K | T | Buy | 03/13/15 | K | | |
| 22. | | | | | Buy (add'l) | 05/19/15 | K | | |
| 23. RETIREMENT PLAN #2 | C | Int./Div. | N | T | | | | | |
| 24. -CREF Stock R1 Fund - PART VIII | | None | | | Sold (part) | 04/22/15 | J | | |
| 25. | | | | | Sold | 04/24/15 | L | | |
| 26. -TIAA Traditional Annuities | D | Interest | M | T | | | | | |
| 27. -TC Intl Eq-Rtmt Fund | A | Dividend | K | T | | | | | |
| 28. -TC Small Cap Eq-Rtmt Fund | B | Dividend | K | T | | | | | |
| 29. -Vanguard Extended Mkt Index Fund | A | Dividend | K | T | Buy (add'l) | 04/22/15 | J | | |
| 30. -Vanguard REITIndex Signal Fund | B | Dividend | K | T | Buy (add'l) | 04/22/15 | J | | |
| 31. -CREF Money Market | | None | | | Closed | 04/22/15 | K | | |
| 32. -CREF Stock R2 Fund | | None | L | T | Buy | 04/24/15 | L | | |
| 33. -Columbia Acorn Intl Fund Z | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 34. -AF Europacific Growth Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ROTH IRA ROLLOVER ACCOUNT #3 | | | | | | | | | |
| 36. -Pershing Government Money Market Fund | A | Dividend | J | T | | | | | |
| 37. -Navidea Biopharmaceuticals Stock | | None | J | T | | | | | |
| 38. -Lee Street Investors LLC Class B Units | | None | J | T | | | | | |
| 39. -Sanchez Energy Corp Stock | | None | | | Sold (part) | 05/04/15 | J | | |
| 40. | | | | | Sold (part) | 05/11/15 | J | | |
| 41. | | | | | Sold | 07/14/15 | J | | |
| 42. -Springfield OH Summit County Bond (6.125% due 9/01/40) | A | Int./Div. | | | Sold | 07/14/15 | K | | |
| 43. -American Intl Group Stock | A | Dividend | J | T | | | | | |
| 44. -Boeing Co Stock | A | Dividend | K | T | Buy (add'l) | 05/20/15 | J | | |
| 45. -Viasat Inc Stock | | None | J | T | | | | | |
| 46. -Federated International Leaders Fund | A | Dividend | K | T | | | | | |
| 47. -JP Morgan Value Advantage Fund | A | Dividend | K | T | | | | | |
| 48. IRA ROLLOVER ACCOUNT #6 | | | | | | | | | |
| 49. -S&T Bancorp Stock | A | Dividend | J | T | | | | | |
| 50. -Janney Advantage Insured Sweep (Money Market) | A | Dividend | J | T | | | | | |
| 51. MELLON BANK: ACCOUNTS | | None | | | Closed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CITIZENS BANK: ACCOUNTS | | None | J | T | | | | | |
| 53. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 54. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 55. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 56. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 57. GENERAL AMERICAN: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 58. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 59. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 60. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 61. HUNTINGTON BANK ACCOUNT | | None | J | T | | | | | |
| 62. SIMPLE IRA ACCOUNT #1 | | | | | | | | | |
| 63. -Pershing Government Money Market Fund | A | Dividend | K | T | | | | | |
| 64. -Nuance Communications Inc Stock | | None | | | Sold | 04/23/15 | J | | |
| 65. -Prospect Cap Corp Stock | A | Dividend | | | Sold | 12/09/15 | J | | |
| 66. -American Intl Group Inc Stock | A | Dividend | K | T | | | | | |
| 67. -Newcastle Invt Corp Stock (REIT) | A | Dividend | | | Sold | 06/10/15 | J | | |
| 68. -New Media Invt Group Inc Stock | A | Dividend | | | Sold | 06/10/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Boeing Inc Stock | A | Dividend | K | T | Buy (add'l) | 05/19/15 | J | | |
| 70. -Navidea Biopharmaceuticals Inc Stock | | None | J | T | | | | | |
| 71. -New SR Invt Group Inc (REIT) | A | Dividend | | | Sold | 06/10/15 | J | | |
| 72. -JP Morgan Value Advantage Fund | A | Dividend | K | T | | | | | |
| 73. -SPDR SER TR S&P REGL BKG ETF | A | Dividend | J | T | Buy | 06/10/15 | J | | |
| 74. -SPDR SER TR S&P BK ETF | A | Dividend | J | T | Buy | 06/10/15 | J | | |
| 75. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 76. -Federated PA Muni Cash (Money Market) | A | Dividend | K | T | | | | | |
| 77. -Pa St Fin Auth Rev Rfdg Penn Hills Bond (0% due 12/1/23) | | None | J | T | | | | | |
| 78. -Cambria Cnty Pa IDA Bond (4% due 10/1/22) | B | Interest | K | T | | | | | |
| 79. ROTH IRA ROLLOVER ACCOUNT #7 | | | | | | | | | |
| 80. -Safe-T-Shade LLC | | None | K | T | | | | | |
| 81. -Averatek Inc Stock | | None | J | T | Buy | 08/10/15 | J | | |
| 82. -Averatek 8% Convertible Note due 4/30/22 | | None | | | Buy | 08/10/15 | J | | |
| 83. SEVENTH STREET INVESTMENT LP | | None | K | T | | | | | |
| 84. AMG CELEBRATIONS - PART VIII | | None | | | Closed | 12/31/15 | J | | |
| 85. TAASERA INC STOCK | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information for Part VII (Investments and Trusts):

From prior years:

There is no Retirement Plan # 1

There is no IRA Rollover/Roth IRA Rollover Account # 2, 4 or 5

Current year:

Line 13/Line 14   New Residential Invt Corp Stock (REIT) was erroneously shown on 2014 report as "sold" on 5/14/14 - The "5/14/14 sold" information reported applied to TRC Companies, the stock listed on the next line of the 2014 report. Since TRC Companies was sold in 2014, no information is shown for 2015.

Line 24 - Retirement Plan #2 - CREF Stock R1 Fund

On 04/22/15 and 04/24/15 shares of CREF Stock R1 Fund were sold and reinvested in other investments. This retirement plan was funded from 1976 through 1982, years before the reporting individual became a judge. Because this is a retirement plan with no IRS reporting requirement for individual transactions, records do not exist for the original cost basis or subsequent reinvestments of the CREF Stock Fund shares that were sold during 2015. Accordingly, no gain information can be computed or reported.

Line 84 - AMG Celebrations - this closely held company became inactive in 2015 and is deemed to be worthless at 12/31/15

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544